Case 1:16-cr-00005-LG-RHW   Document 21   Filed 01/24/17   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>ERNESTO CASTILLO-RAMIREZ | )<br>)<br>)  Case No: 1:16cr5LG-RHW-001<br>)  USM No: 62387-018<br>) |
| Date of Original Judgment: 06/28/2016<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )  Mike Scott<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/28/2016  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1-24-2017

Judge's signature

Effective Date: _____
*(if different from order date)*

The Honorable Louis Guirola, Jr. Chief U.S. District Judge
*Printed name and title*